UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2010 OCT -6  P 1:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

THE UNITED STATES OF AMERICA,
for the use and benefit of ACOUSTI
ENGINEERING COMPANY OF
FLORIDA a Florida corporation
    Plaintiff,

v.                                                Case No. 3:10-cv-565-J-20TEM

WALBRIDGE ALBINGER COMPANY,
a Michigan corporation, FEDERAL
INSURANCE COMPANY, an Indiana
corporation, and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA, a Connecticut corporation,
    Defendants.
_____/

UNITED STATES OF AMERICA, for the
use and benefit of R.D. MASONRY, INC.,
a Florida Corporation, and R.D. MASONRY,
INC.,
    Plaintiffs,

v.                                                Case No. 3:10-cv-690-J-20JBT

WALBRIDGE ALDINGER COMPANY, a
Michigan corporation authorized to do
business in the State of Florida, FEDERAL
INSURANCE COMPANY, an Indiana
corporation authorized to do business in the
State of Florida, and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA, a Connecticut corporation
authorized to do business in the State of
Florida,
    Defendants.
_____/

## ORDER

This cause is before this Court following the parties responses to an Order to Show Cause

(Case No. 3:10-cv-565-J-20TEM, Dkts. 6 and 7; Case No. 3:10-cv-690-J-20JBT, Dkts. 10 and 11). Upon this Court's review of these pleadings these cases shall not be consolidated at this stage in the proceedings.

DONE AND ENTERED at Jacksonville, Florida, this ____ day of October, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher M. Cobb, Esq.
Eileen A. LaCivita, Esq.
Cody L. Westmoreland, Esq.
Michael R. Freed, Esq.