UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2011 FEB 14 PM 2:52
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

THE UNITED STATES OF AMERICA,
for the use and benefit of ACOUSTI
ENGINEERING COMPANY OF
FLORIDA a Florida corporation
    Plaintiff,

v.                                  Case No. 3:10-cv-565-J-20TEM

WALBRIDGE ALBINGER COMPANY,
a Michigan corporation, FEDERAL
INSURANCE COMPANY, an Indiana
corporation, and TRAVELERS
CASUALTY AND SURETY COMPANY
OF AMERICA, a Connecticut corporation,
    Defendants.
_____/

## ORDER

This cause is before this Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 18).

Accordingly, it is **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED without PREJUDICE**; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of February, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Christopher M. Cobb, Esq.
Brian T. Crevasse, Esq.
Lila K. Ross, Esq.